UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
APR 25 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. |
| v. | ) |
| WILLIAM PETER ANDERSON, a/k/a "Kill Bill," | ) 4:18CR332 RLW/PLC |
| Defendant. | ) |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about April 10, 2018, within the Eastern District of Missouri, the defendant,

**WILLIAM PETER ANDERSON, a/k/a "Kill Bill,"**

did knowingly and intentionally distribute Fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

### COUNT II

The Grand Jury charges that:

On or about April 17, 2018, within the Eastern District of Missouri, the defendant,

**WILLIAM PETER ANDERSON, a/k/a "Kill Bill,"**

did knowingly and intentionally distribute Fentanyl, a Schedule II controlled substance, in

violation of Title 21, United States Code, Section 841(a), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
SIRENA MILLER WISSLER #55374MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, MO   63102
(314) 539-2200