IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) Case No.  4:18 CR 00332 RLW (PLC)<br>v. )<br>)<br>WILLIAM PETER ANDERSON, a/k/a "Kill Bill," )<br>)<br>) | |

### GOVERNMENT'S MOTION TO CONTINUE STATUS HEARING

COMES NOW the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Sirena Miller Wissler, Assistant United States Attorney for said District, and moves this Court for an order continuing the status conference in the above-captioned matter, presently scheduled for February 20, 2019. The motion is made not for purpose of delay, but rather, because counsel for the government is unavailable on February 20, 2019 due to a previously scheduled commitment.  Inasmuch as the instant case involves an overdose death, it is imperative that counsel for the government personally attend the status hearing.

Counsel for the government has conferred with counsel for Mr. Anderson, who indicates

that she has no objection to the government's request. Both parties are available on the afternoon of Thursday, February 21, 2019.

                              Respectfully submitted,

                              JEFFREY B. JENSEN
                              United States Attorney

                              /s/ Sirena Miller Wissler
                              SIRENA MILLER WISSLER #55374MO
                              Assistant United States Attorney
                              111 S. Tenth Street, Room 20.333
                              St. Louis, MO 63102

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 18th day of February, 2019, I filed a true and correct copy of the foregoing electronically with the Clerk of the Court, to be served by way of the Court's electronic filing system upon the attorney for the defendant.

                              /s/ Sirena Miller Wissler
                              SIRENA MILLER WISSLER