RECEIVED
APR 01 2020
BY MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES
Plaintiff

v.

WILLIAM ANDERSON
Defendant

No. 4:18-CR-332-RLW

## Emergency Motion for Pre-Trial Release

Now Comes the defendant William Anderson in propria persona sui juris, to move this court to immediate release due to the risks of complications from potential covid-19 infection, medical conditions, and other compelling reasons to temporarily release the defendant from custody.

Pursuant to title 18 USC §3142(i)(4) 1) The danger posed to the defendant in Ste. Genevieve County Jail by covid-19 pandemic constitutes an independent compelling reason to temporarily release from custody, with addition the defendant's underlying medical condition of asthma which the covid-19 virus attacks the respiratory system, stress, depression, and anxiety. On March 23, 2020 CDC acknowledged that correctional and detention facilities present unique challenges for control of covid-19 transmission among incarcerated

detained persons, staff, and visitors. Specifically the CDC noted that many detention conditions create a heightened risk of danger to detainees, these includes low capacity for patient volume, insufficient quarantine space, insufficient on site medical staff, highly congregational enviroments, inability of most patients to leave the facility and limit ability of incarcerated/detained persons to excercise effective disease prevention measures.(e.g. social distancing, frequent handwashing, alcohol based hand sanitizer, and alcohol based cleaning supply.) see https: www.cdc.gov/coronavirus/2019-Ncov/community/correction-detention/ guidance correctional-detention.html. On March 26, 2020 Attorney General William Barr issued a seperate directive ordering the Director of Bureau of Prison to prioritize home confinement as appropriate in response to the covid-19 pandemic for Federal Prisoners and jail inmates. Also the covid-19 pandemic poses a threat to the defendant's ability to prepare for his case, due to the facts of the USMS restriction on visitations, the Federal Public Defenders working from home which is making it impossible for the defendant to get in contact with legal counsel. United States v. Barkman no.19-cr-0052 2020 US Dist. LEXIS 45628 at *11 (D.Nev. 3-17-2020)(granting emergency relief amend probation order to delay confinement for thirty days because of risks of infection to both defendant and other inmates in county jail.)

## Relief

Requesting immediate release, GPS, and home confinement, and whatever requirements of release the court deems neccesary. I declare under penalty of perjury that the foregoing is true and correct.

Thank you
William And
3-30-2020

## Affidavit In Support of Motion

see Henry A. Fellela - case no. 3:19-cr-79 (JAM)
see Samuel Mullet - case no. 3:11-cr-594

see Keith Kennedy - case no. 18-20315 (E.D. Mich. 2020)

The seemingly preemptive nature of Defendant's release renders it no less necessary or compelling. To the contrary - as the above background makes clear - waiting for either Defendant to have a confirmed case of Covid-19, or for there to be a major outbreak in Defendant's facility would render meaningless this request for release. Such a failure to act could have devastating consequences for defendant and would creates serious medical and security challenges to the existing prison population and the wider community.

I declare under penalty of perjury that the foregoing is true and correct.

Thank you

Willie And

## CERTIFICATE OF SERVICE
## FOR PRO SE DOCUMENTS

On the 31th day of March, 20_20_, the undersigned party served the following document or documents (list documents):

Emergency motion for Pre-trial Release, Affidavit in Support of Motion.

on (list names and addresses of parties or attorneys):

United States, 111 South 10th Street St Louis MO 63102

by delivering a copy by (state how you served the document, such as U.S. Mail):

U.S. Mail

_William Anderson_
(Signature)

William Anderson
(Print or Type Name)



William Anderson #6895A
5 Basler Drive
Ste Genevieve Mo, 63670

MAILED FROM
STE GENEVIEVE
COUNTY
DETENTION CENTER

United States District Court
Clerk
111 South 10th Street
St Louis Mo 63102

63102-112599

RECEIVED
APR 01 2020
BY MAIL